IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS DIVISION

| | |
|---|---|
| ILLINOIS STATE PAINTERS WELFARE FUND, PAINTERS AND GLAZIERS OF CENTRAL AND SOUTHERN ILLINOIS HEALTH & WELFARE FUND, and PAINTERS DISTRICT COUNCIL #58 FRINGE BENEFIT FUNDS, <br><br> Plaintiffs, <br><br> v. <br><br> ROBNETT PAINTING AND TAMMY ROBNETT, individually, <br><br> Defendants. | No. 08-cv-585 |

## JUDGMENT

This matter having come before the Court, the defendant having failed to plead or otherwise defend, and default having been entered,

IT IS HEREBY ORDERED AND ADJUDGED that judgment in this case is entered in favor of Plaintiffs Illinois State Painters Welfare Fund, Painters and Glaziers of Central and Southern Illinois Health & Welfare Fund, and Painters District Council #58 Fringe Benefit Funds and against Defendants Robnett Painting and Tammy Robnett, individually in the amount of thirty-six thousand, two hundred thirty-nine dollars and fifteen cents ($36,239.15), plus costs and fees in the amount of four thousand, four hundred forty-one dollars ($4,441.00).

**JUSTINE FLANAGAN, Acting Clerk**

**By:s/Deborah Agans, Deputy Clerk**

**Date: August 11, 2009**

**Approved:** s/ J. Phil Gilbert
**J. PHIL GILBERT**
**DISTRICT JUDGE**